# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

LAWRENCE TURNER,                          CASE NO. CV F 07-1828 LJO SMS

             Plaintiff,               **ORDER TO TRANSFER ACTION TO COURT'S SACRAMENTO DIVISION**

    vs.

TRANS/WEST LOGISTICS, et al.,

             Defendants.
_____/

Review of the record reflects that this action was inadvertently removed to this Court's Fresno Division although this Court's Sacramento Division appears to be the more proper venue. As such this Court:

    1.    TRANSFERS this action to this Court's Sacramento Division;

    2.    DIRECTS the clerk to take necessary action to transfer this action to this Court's Sacramento Division; and

    3.    VACATES all pending dates before this Court's Fresno Division.

    IT IS SO ORDERED.

**Dated:**   **December 17, 2007**       **/s/ Lawrence J. O'Neill**
                               UNITED STATES DISTRICT JUDGE

1