RONALD S. BUSHNER (State Bar No. 98352)
KRISTIN A. WINTER (State Bar No. 218443)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendants Trans West Logistics, Inc.
(erroneously sued as Trans/West Logistiques)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE TURNER, | Case No.: 2:07-CV-02723 FCD GGH |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISCOVERY MATTERS** |
| v. | Action Filed: April 26, 2007 |
| TRANS/WEST LOGISTIQUES, MICHAEL BOUCHER and DOES 1 to 10, | |
| Defendants. | |

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1.     That Defendant Trans West may schedule and conduct a Rule 35 physical examination of plaintiff Lawrence Turner with respect to the portions of his body that he alleges, in this matter, suffered injury.  This includes primarily, but not limited to, his neck and lower back.  The examination will be conducted prior to the exchange of expert reports, at a date and time agreeable to both parties.

2.     The report generated by the physical examination of Mr. Turner, as well as any other expert disclosure and report, as set forth in the Court's Pretrial Scheduling Order dated March 18, 2008, Paragraph V, will now be due on **December 22, 2008** instead of November 17, 2008.

3.     The deadline for disclosure of supplemental experts will change from December 8,

2008, to **January 5, 2009.**

    4.    The deadline for completion of expert discovery will change from January 12, 2009 to **February 9, 2009**.

///

Dated: October 15, 2008

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

                    By:  /s/ Kristin A. Winter
                         RONALD S. BUSHNER
                         KRISTIN A. WINTER
                         Attorneys for Defendant
                         TRANS WEST LOGISTICS, INC

Dated: October 21, 2008

                    DREYER, BABICH, BUCCOLA & CALLAHAM, LLP

                    By: /s/ Stephen F. Davids
                         STEPHEN F. DAVIDS, ESQ
                         Attorney for Plaintiff
                         LAWRENCE TURNER

**IT IS SO ORDERED:**

Dated:  October 28, 2008

                        FRANK C. DAMRELL, JR.
                         UNITED STATES DISTRICT JUDGE